**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **CENTEX HOMES,**<br>　　　　　　**Plaintiff**,<br>　v.<br><br>**FINANCIAL PACIFIC INSURANCE COMPANY, NICKY RODRIGUEZ CEMENT, and NICKY RODRIGUEZ,**<br><br>　　　　　　**Defendants**. | 1: 07-CV-0568 AWI SMS<br>NEW CASE NUMBER<br><br>1: 07-CV-0568 LJO NEW<br>OLD CASE NUMBER |
| **CENTEX HOMES,**<br>　　　　　　**Plaintiff**,<br>　v.<br><br>**FINANCIAL PACIFIC INSURANCE COMPANY, CITATION INSURANCE COMPANY, PICO HOLDINGS, INC. E&P CONCRETE CONSTRUCTION, INC.,**<br>　　　　　　**Defendants**. | 1: 07-CV-0569 AWI SMS<br>NEW CASE NUMBER<br><br>1: 07-CV-0569 LJO SMS<br>OLD CASE NUMBER |
| **CENTEX HOMES,**<br>　　　　　　**Plaintiff**,<br>　v.<br><br>**FINANCIAL PACIFIC INSURANCE COMPANY, AC CONCRETE and STEVEN MICHAEL PARSONS,**<br><br>　　　　　　**Defendants**. | 1: 07-CV-0570 AWI SMS<br>NEW CASE NUMBER<br><br>1: 07-CV-0570 LJO SMS<br>OLD CASE NUMBER |

The court finds that the above-captioned actions are similar to **CENTEX HOMES v. FINANCIAL PACIFIC INSURANCE, COMPANY, AMERICAN STATES, INSURANCE COMPANY, SAFECO INSURANCE COMPANY and CARR BUSINESS ENTERPRISES, INC, 1:07- CV - 07-0567 AWI SMS,** in that all cases appear to involve similar questions of fact and law and assignment to the same Judge and Magistrate judge is likely to effect a substantial

savings of judicial effort.  See Local Rule 83-123.  Therefore, IT IS HEREBY ORDERED THAT the above-captioned actions, being the higher numbered cases, are reassigned to the same Judge and Magistrate judge as the lower numbered case.   IT IS FURTHER ORDERED THAT all future pleadings filed in the above-captioned actions shall include the new case numbers:

**1: 07-CV-0568 AWI SMS**

**1: 07-CV-0569 AWI SMS**

**1: 07-CV-0570 AWI SMS**

These cases are REFERRED to the Magistrate Judge to set a scheduling conference.

IT IS SO ORDERED.

**Dated:   June 6, 2007**              /s/ **Anthony W. Ishii**
                                       UNITED STATES DISTRICT JUDGE