1  DAVEN G. LOWHURST (CA BAR #124723)
   Email: lowhurstd@howrey.com
2  AARON R. GRUBER (CA BAR #209509)
   Email: grubera@howrey.com
3  **HOWREY LLP**
   525 Market Street, Suite 3600
4  San Francisco, CA 94105-3606
   Tel. 415.848.4900
5  Fax 415.848.4999

6  Attorneys for Plaintiff
   CENTEX HOMES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| CENTEX HOMES,<br><br>Plaintiff,<br><br>vs.<br><br>FINANCIAL PACIFIC INSURANCE COMPANY, NICKY RODRIGUEZ CEMENT and NICKY RODRIGUEZ<br><br>Defendants. | Case No.: 1:07-CV-00568-AWI-SMS<br><br>STIPULATION AND ORDER TO EXTEND CERTAIN PRE-TRIAL DEADLINES<br><br>Courtroom: 7<br><br>Judge: Honorable Sandra M. Snyder<br><br>Trial Date: October 6, 2009 |
| RELATED CROSS-CLAIM | |

WHEREAS the current Scheduling Conference Order (Document 46) sets forth expert disclosure deadlines that precede the close of non-expert discovery by several weeks;

WHEREAS, the parties intend for their respective experts to be able to consider and rely upon non-expert discovery in this action (including written discovery and depositions, much of which remains to be completed);

WHEREAS, the current expert disclosure deadlines would call for the parties' experts (a) to issue incomplete reports and opinions in that they would be prevented from considering and relying on the vast majority of non-expert discovery (principally depositions) in this action that have

PDF created with pdfFactory trial version www.pdffactory.com

not been completed, and (b) to prepare multiple sets of reports (one before discovery is completed, and one after discovery is completed);

WHEREAS, the parties wish to ensure that non-expert discovery is completed sufficiently in advance of the expert disclosure deadlines so that the parties' experts may consider and rely on that discovery;

WHEREAS, the parties wish to accommodate the schedule of certain counsel, who will be out of the country for an extended period;

WHEREAS, the parties have met and conferred on this issue at length and declare that this stipulation has been entered into based on a good faith analysis of the time necessary to conclude their discovery and disclosures, and of the need to have non-expert discovery completed prior to expert disclosures;

WHEREAS, this stipulation will not alter the Court's pre-trial conference and trial date;

IT IS HEREBY STIPULATED by and between the parties to this action, through their respective counsel below, that the following deadlines may be extended as set forth below:

| Event | Current deadline | Revised deadline |
| --- | --- | --- |
| Rule 26 disclosure | 3/27/09 | 4/6/09 |
| Expert disclosure | 4/17/09 | 5/29/09 |
| Supplemental expert disclosure | 5/15/09 | 6/19/09 |
| Close of expert discovery | 6/26/09 | 7/17/09 |
| Filing non-dispositive motion | 6/26/09 | 7/31/09 |
| Filing dispositive motion | 6/26/09 | 8/7/09 |
| Close of non-expert discovery | 5/15/09 | 5/22/09 |
| *Pre-trial conference date (no change)* | *8/21/09* | *8/21/09* |
| *Trial Date (no change)* | *10/6/09* | *10/6/09* |

As noted, the pre-trial conference, and the trial date remain unchanged.

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| 1 | DATED: March 25, 2009 | HOWREY LLP |
| 2 | | By  /s/ Aaron Gruber |
| 3 | | AARON R. GRUBER<br>Attorneys for Plaintiff CENTEX HOMES |
| 4 | | |
| 5 | DATED: March 25, 2009 | FOTOUHI EPPS HILLGER GILROY LLP |
| 6 | | By  /s/ Mark Divelbiss |
| 7 | | MARK DIVELBISS<br>Attorneys for Defendant and Cross-Claimant |
| 8 | | FINANCIAL PACIFIC INSURANCE COMPANY |
| 9 | | |
| 10 | DATED: March 25, 2009 | ANWYL SCOFFIELD & STEPP, LLP |
| 11 | | By  /s/ Pamela Lewis |
| 12 | | PAMELA LEWIS<br>Attorneys for Defendant |
| 13 | | NICKY RODRIGUEZ CEMENT |
| 14 | | |
| 15 | DATED: March 25, 2009 | SINNOTT, DITO, MOURA & PUEBLA P.C. |
| 16 | | By  /s/ Blaise Curet<br>BLAISE CURET |
| 17 | | Attorneys for Cross-Defendant<br>ZURICH AMERICAN INSURANCE COMPANY |

PDF created with pdfFactory trial version www.pdffactory.com

## RULE 7-131(e) CERTIFICATION

I, Aaron R. Gruber, hereby attest, pursuant to this Court's Rule 7-131(e), that each of the other counsel identified above have authorized the submission of this Stipulation and [Proposed] Order on that counsel's behalf.

Executed this 25th day of March, 2009, at San Francisco, California.

/s/ Aaron R. Gruber
Aaron R. Gruber
Attorneys for Plaintiff CENTEX HOMES

## ORDER

The parties having so stipulated, and good cause appearing, the Court hereby revises its current Scheduling Conference Order (Document 46) to incorporate the revised deadlines set forth below:

| Event | Current deadline | Revised deadline |
| --- | --- | --- |
| Rule 26 disclosure | 3/27/09 | 4/6/09 |
| Expert disclosure | 4/17/09 | 5/29/09 |
| Supplemental expert disclosure | 5/15/09 | 6/19/09 |
| Close of expert discovery | 6/26/09 | 7/17/09 |
| Filing non-dispositive motion | 6/26/09 | 7/31/09 |
| Filing dispositive motion | 6/26/09 | 8/7/09 |
| Close of non-expert discovery | 5/15/09 | 5/22/09 |
| *Pre-trial conference date (no change)* | *8/21/09* | *8/21/09* |
| *Trial Date (no change)* | *10/6/09* | *10/6/09* |

As noted, the pre-trial conference, and the trial date remain unchanged.

DATED:  3/26/2009         /s/ Sandra M. Snyder
Judge of the United States District Court

PDF created with pdfFactory trial version www.pdffactory.com