Lindy H. Scoffield, (SBN 131283)
Email: lscoffield@anwylaw.com
Pamela A. Lewis, (SBN 116430)
Email: plewis@anwylaw.com'
ANWYL, SCOFFIELD & STEPP, LLP.
P.O. Box 269127
Sacramento, CA. 95826-9127
Attorneys for CARR BUSINESS
ENTERPRISES, INC. DBA CLOVIS CONCRETE
(Case No. 1:07-CV000567-AWI-SMS);
NICKY RODRIGUEZ DBA NICKY RODRIGUEZ
CEMENT (Case No.1:07-CV000568-AWI-SMS);
E&P CONCRETE CONSTRUCTION, INC.
(Case No.1:07-CV000569-AWI-SMS) and
STEPHEN MICHAEL PARSONS (deceased) dba
AC CONCRETE (Case No.1:07-CV000570-AWI-SMS)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| CENTEX HOMES,<br><br>    Plaintiff,<br><br>vs.<br><br>FINANCIAL PACIFIC INSURANCE COMPANY, NICKY RODRIGUEZ CEMENT and NICKY RODRIGUEZ<br><br>    Defendants.<br><br>RELATED CROSS-CLAIM | Case No.: 1:07-CV00568-AWI-SMS<br><br>STIPULATION AND ORDER TO EXTEND CERTAIN PRE-TRIAL DEADLINES<br><br>Courtroom: 7<br><br>Judge: Honorable Sandra M. Snyder<br><br>Trial Date: October 6, 2009 |

The parties to the action, through their respective counsel, hereby agree and stipulate as follows, and request that the Court enter the following order approving the stipulation:

WHEREAS the four above-entitled cases are not consolidated but are related by virtue of Plaintiff and Defendant Financial Pacific Insurance Company being parties to all four cases and Plaintiff having similar claims against the Defendants;

-1-
STIPULATION AND [PROPOSED] ORDER TO EXTEND CERTAIN PRE-TRIAL DEADLINES

PDF created with pdfFactory trial version www.pdffactory.com

WHEREAS certain discovery issues are common to each of the four cases, the parties seek extension of certain pre-trial deadlines applicable to all four case based on the following facts;

WHEREAS the cases involve claims concerning numerous underlying state court actions for construction defects in which there were hundreds of (underlying) plaintiffs with numerous different claims;

WHEREAS the parties are still diligently exchanging a vast amount of documentation, made more time consuming because of difficulty in locating and producing certain documents relevant to their claims and defenses;

WHEREAS there have been delays in processing some of the documentation because some data is only accessible with use of certain software that some counsel do not have;

WHEREAS the parties, by and through their respective counsel, are still working to resolve issues related to document conversion, accessibility and production, as well as to informally resolve various discovery disputes that have arisen;

WHEREAS the parties have previously requested extension of discovery deadlines but realize they will be unable to complete discovery by the May 22, 2009 non-expert discovery deadline for the reasons mentioned above;

WHEREAS, counsel for the four subcontractor Defendants (NICKY RODRIGUEZ dba NICKY RODRIGUEZ CONCRETE, E&P CONCRETE CONSTRUCTION, INC., CARR BUSINESS ENTERPRISES, INC. dba CLOVIS CONCRETE, and STEVEN MICHAEL PARSONS (deceased) dba AC CONCRETE) has had a long scheduled pre-paid vacation during the entire month of June to visit family out of the country;

WHEREAS, counsel have been recently made aware of the death of Defendant STEVEN MICHAEL PARSONS (deceased);

WHEREAS the person most knowledgeable for Defendant CARR BUSINESS ENTREPRISES, INC. is unavailable for deposition for several of weeks;

PDF created with pdfFactory trial version www.pdffactory.com

WHEREAS, the parties have met and conferred on this issue at length and declare that this stipulation has been entered into based on a good faith analysis of the time necessary to conclude their discovery based on facts known to them at this time, and of the need to have non-expert discovery completed prior to expert disclosures;

WHEREAS, the mediation, previously scheduled for May 18, 2009, has been continued to September 1, 2009 to allow parties to complete discovery;

WHEREAS, this stipulation will not alter the Court's pre-trial conference and trial date;

IT IS HEREBY STIPULATED by and between the parties to this action, through their respective counsel below, that the following deadlines may be extended as set forth below:

| Event | Current deadline | Revised deadline |
|---|---|---|
| *Rule 26 disclosure (no change)* | *DONE* | *DONE* |
| Close of non-expert discovery | 5/22/09 | 7/17/09 |
| Expert disclosure | 5/29/99 | 7/22/09 |
| Supplemental expert disclosure | 6/19/09 | 8/5/09 |
| Close of expert discovery | 7/17/09 | 8/15/09 |
| Filing non-dispositive motion | 7/31/09 | 8/21/09 |
| Filing dispositive motion | 8/7/09 | 8/21/09 |
| *Pre-trial conference date (no change)* | *8/21/09* | *8/21/09* |
| *Trial Date (no change)* | *10/6/09* | *10/6/09* |

As noted, the pre-trial conference, and the trial date remain unchanged.

DATED: May 14, 2009          HOWREY LLP

                                       By   /s/ Aaron Gruber
                                       AARON R. GRUBER
                                       Attorneys for Plaintiff CENTEX HOMES

PDF created with pdfFactory trial version www.pdffactory.com

DATED: May 14, 2009                FOTOUHI EPPS HILLGER GILROY LLP

                                   By   /s/ Mark Divelbiss
                                   MARK DIVELBISS
                                   Attorneys for Defendant and Cross-Claimant
                                   FINANCIAL PACIFIC INSURANCE COMPANY


DATED: May 14, 2009                ANWYL SCOFFIELD & STEPP, LLP

                                   By   /s/ Pamela Lewis
                                   PAMELA LEWIS
                                   Attorneys for Defendant E&P CONCRETE
                                   CONSTRUCTION, INC.


DATED: May 14, 2009                SINNOTT, DITO, MOURA & PUEBLA P.C.

                                   By   /s/ Stephen Wong
                                   STEPHEN WONG
                                   Attorneys for Cross-Defendant
                                   ZURICH AMERICAN INSURANCE COMPANY


DATED: May 14, 2009                ARCHER NORRIS PLLC

                                   By   /s/ Sean White
                                   SEAN WHITE
                                   Attorneys for Defendant and Cross-Claimant
                                   FINANCIAL PACIFIC INSURANCE COMPANY

PDF created with pdfFactory trial version www.pdffactory.com

## RULE 7-131(e) CERTIFICATION

I, Pamela A. Lewis, hereby attest, pursuant to this Court's Rule 7-131(e), that each of the other counsel identified above have authorized the submission of this Stipulation and [Proposed] Order on that counsel's behalf.

Executed this 14th day of May, 2009, at Sacramento, California.

/s/ Pamela A. Lewis
Pamela A. Lewis
Attorneys for Defendant E&P CONCRETE
CONSTRUCTION, INC.

## ORDER

The parties having so stipulated, and good cause appearing, the Court hereby revises its current Scheduling Conference Order (Document 46) to incorporate the revised deadlines set forth below:

| Event | Current deadline | Revised deadline |
| --- | --- | --- |
| *Rule 26 disclosure (no change)* | *DONE* | *DONE* |
| Close of non-expert discovery | 5/22/09 | 7/17/09 |
| Expert disclosure | 5/29/99 | 7/22/09 |
| Supplemental expert disclosure | 6/19/09 | 8/5/09 |
| Close of expert discovery | 7/17/09 | 8/15/09 |
| Filing non-dispositive motion | 7/31/09 | 8/21/09 |
| Filing dispositive motion | 8/7/09 | 8/21/09 |
| *Pre-trial conference date (no change)* | *8/21/09* | *8/21/09* |
| *Trial Date (no change)* | *10/6/09* | *10/6/09* |

DATED: May 15, 2009          /s/ Sandra M. Snyder
                             Judge of the United States District Court

PDF created with pdfFactory trial version www.pdffactory.com