DAVEN G. LOWHURST (CA BAR #124723)
Email:  lowhurstd@howrey.com
AARON R. GRUBER  (CA BAR #209509)
Email:  grubera@howrey.com
**HOWREY LLP**
525 Market Street, Suite 3600
San Francisco, CA  94105-3606
Tel.  415.848.4900
Fax  415.848.4999

Attorneys for Plaintiff
CENTEX HOMES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| CENTEX HOMES, | Case No.: 1:07-CV00568-AWI-SMS |
| Plaintiff, | STIPULATION AND  ORDER TO EXTEND HEARING DATE FOR NICKY RODRIGUEZ dba NICKY RODRIGUEZ CEMENT'S MOTION FOR SUMMARY JUDGMENT |
| vs. | |
| FINANCIAL PACIFIC INSURANCE COMPANY, NICKY RODRIGUEZ CEMENT and NICKY RODRIGUEZ | Original Hearing Date: August 31, 2009<br>Revised Hearing Date: September 21, 2009 |
| Defendants. | Trial Date: March 16, 2010 |
| RELATED CROSS-CLAIM | |

Moving Party Nicky Rodriguez dba Nick Rodriguez Cement and Opposing Party Centex Homes, through their respective counsel, hereby agree and stipulate as follows, and request that the Court enter the following order approving the stipulation:

WHEREAS the hearing date of Moving Party Nicky Rodriguez dba Nick Rodriguez Cement's Motion for Summary Judgment or in the alternative Motion for Summary Adjudication is currently set for hearing on August 31, 2009

WHEREAS counsel for Opposing Party Centex Homes requested that counsel for Nicky Rodriguez dba Nick Rodriguez Cement agree to continue the hearing date due to an unexpected out of town family emergency.

WHEREAS counsel for Nicky Rodriguez dba Nick Rodriguez Cement has graciously agreed to extend the hearing date for its Motion for Summary Judgment or in the alternative Summary Adjudication.

ACCORDINGLY, IT IS HEREBY STIPULATED by and among the parties to this motion, through their respective counsel below, that the hearing date of Nicky Rodriguez dba Nick Rodriguez Cement's Motion for Summary Judgment or in the alternative Motion for Summary Adjudication may be extended as set forth below:

| Event | Current date | Revised date |
|---|---|---|
| Hearing Date for Nicky Rodriguez dba Nick Rodriguez Cement's Motion for Summary Judgment or in the alternative Summary Adjudication | 8/31/09 | 9/21/09 |

DATED:  August 10, 2009             HOWREY LLP

                                    By    /s/ Aaron Gruber
                                    AARON R. GRUBER
                                    Attorneys for Plaintiff CENTEX HOMES

DATED:  August 10, 2009             ANWYL SCOFFIELD & STEPP, LLP

                                    By    /s/ Lindy Scoffield
                                    LINDY SCOFFIELD
                                    Attorneys for Defendant CARR BUSINESS
                                    ENTERPRISES, INC.

## RULE 7-131(e) CERTIFICATION

I, Aaron R. Gruber, hereby attest, pursuant to this Court's Rule 7-131(e), that each of the other counsel identified above have authorized the submission of this Stipulation and [Proposed] Order on that counsel's behalf.

Executed this 10th day of August, 2009, at Sacramento, California.

/s/  Aaron R. Gruber
Aaron R. Gruber
Attorney for Plaintiff CENTEX HOMES

## ORDER

The parties having so stipulated, and good cause appearing, the Court hereby revises the hearing date for Nicky Rodriguez dba Nick Rodriguez Cement's Motion for Summary Judgment or in the alternative Summary Adjudication as set forth below:

| Event | Current date | Revised date |
|---|---|---|
| Hearing Date for Nicky Rodriguez dba Nick Rodriguez Cement's Motion for Summary Judgment or in the alternative Summary Adjudication | 8/31/09 | 9/21/09 |

All opposition and reply papers to be calendared based on the Revised Hearing Date.

IT IS SO ORDERED.

Dated:   August 11, 2009              /s/ Anthony W. Ishii
                                              CHIEF UNITED STATES DISTRICT JUDGE