DAVEN G. LOWHURST (CA BAR #124723)
Email: lowhurstd@howrey.com
AARON R. GRUBER  (CA BAR #209509)
Email: grubera@howrey.com
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, CA  94105-3606
Tel.  415.848.4900
Fax  415.848.4999

Attorneys for Plaintiff
CENTEX HOMES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| CENTEX HOMES,<br><br>    Plaintiff,<br><br>vs.<br><br>FINANCIAL PACIFIC INSURANCE COMPANY, NICKY RODRIGUEZ CEMENT and NICKY RODRIGUEZ<br><br>    Defendants. | Case No.: 1:07-CV00568-AWI-SMS<br><br>STIPULATION AND ORDER TO EXTEND CERTAIN PRE-TRIAL DEADLINES<br><br>Courtroom:  7<br><br>Magistrate Judge:  Honorable Sandra M. Snyder<br><br>Trial Date: March 16, 2010 |
| RELATED CROSS-CLAIM | |

　　　　Pursuant to the telephonic conference among the parties and the Court on July 15, 2009, the parties to the action, through their respective counsel, hereby agree and stipulate as follows, and request that the Court enter the following order approving the stipulation:

　　　　WHEREAS the four above-entitled cases are not consolidated but are related by virtue of Plaintiff and Defendant Financial Pacific Insurance Company being parties to all four cases and Plaintiff having similar claims against the Defendants;

　　　　WHEREAS certain discovery issues are common to each of the four cases, and the parties seek extension of certain pre-trial deadlines applicable to all four case based on the following facts;

-1-
STIPULATION AND [PROPOSED] ORDER TO EXTEND CERTAIN PRE-TRIAL DEADLINES
DM_US:22140417_2

PDF created with pdfFactory trial version www.pdffactory.com

WHEREAS the cases involve claims concerning numerous underlying state court actions for construction defects in which there were hundreds of underlying plaintiffs;

WHEREAS the parties are still diligently exchanging documentation, made more time consuming because of difficulty in locating and producing certain documents relevant to their claims and defenses;

WHEREAS the parties, by and through their respective counsel, are still working to resolve issues related to document conversion, accessibility and production, as well as to informally resolve various discovery disputes that have arisen;

WHEREAS the parties have previously requested extension of discovery deadlines but realize they will be unable to complete discovery by the current discovery deadlines for the reasons mentioned above;

WHEREAS, counsel have been recently made aware of the death of Defendant STEVEN MICHAEL PARSONS;

WHEREAS the person most knowledgeable for Defendant CARR BUSINESS ENTREPRISES, INC. has been unavailable for deposition;

WHEREAS, the parties have met and conferred on pre-trial deadlines at length and declare that this stipulation has been entered into based on a good faith analysis of the time necessary to conclude their discovery based on facts known to them at this time, and of the need to have non-expert discovery completed prior to expert disclosures;

WHEREAS, the mediation, previously scheduled for September 1, 2009, has been continued due to trial conflicts of defense counsel and to allow parties to complete discovery;

WHEREAS, this stipulation presents dates in accordance with the new trial date set by this Court for March 16, 2010;

IT IS HEREBY STIPULATED by and among the parties to this action, through their respective counsel below, that the following deadlines may be extended as set forth below:

| Event | Current | Revised deadline |
| --- | --- | --- |

PDF created with pdfFactory trial version www.pdffactory.com

|  | deadline |  |
|---|---|---|
| Close of non-expert discovery | 7/17/09 | 11/6/09 |
| Expert disclosure | 7/22/99 | 11/20/09 |
| Supplemental expert disclosure | 8/5/09 | 12/04/09 |
| Close of expert discovery | 8/15/09 | 12/18/09 |
| Filing non-dispositive motion | 8/21/09 | 12/24/09 |
| Filing dispositive motion | 8/21/09 | 12/24/09 |
| Pre-trial conference date | 8/21/09 | 1/29/10 |
| Trial Date | 10/6/09 | 3/16/10 |

DATED:  August 10, 2009          HOWREY LLP

                                 By    /s/ Aaron Gruber
                                 AARON R. GRUBER
                                 Attorneys for Plaintiff CENTEX HOMES


DATED:  August 10, 2009          FOTOUHI EPPS HILLGER GILROY LLP

                                 By    /s/ Mark Divelbiss
                                 MARK DIVELBISS
                                 Attorneys for Defendant and Cross-Claimant
                                 FINANCIAL PACIFIC INSURANCE COMPANY


DATED:  August 10, 2009          ANWYL SCOFFIELD & STEPP, LLP

                                 By    /s/ Pamela Lewis
                                 PAMELA LEWIS
                                 Attorneys for Defendant NICKY RODRIGUEZ dba
                                 NICKY RODRIGUEZ CEMENT


DATED:  August 10, 2009          SINNOTT, DITO, MOURA & PUEBLA P.C.

                                 By    /s/ Stephen Wong
                                 STEPHEN WONG

-3-
STIPULATION AND [PROPOSED] ORDER TO EXTEND CERTAIN PRE-TRIAL DEADLINES

PDF created with pdfFactory trial version www.pdffactory.com

1  Attorneys for Cross-Defendant
2  ZURICH AMERICAN INSURANCE COMPANY

3  DATED:  August 10, 2009              ARCHER NORRIS PLLC

4  By   /s/ Sean White
5  SEAN WHITE
   Attorneys for Defendant and Cross-Claimant
6  FINANCIAL PACIFIC INSURANCE COMPANY

-4-
STIPULATION AND [PROPOSED] ORDER TO EXTEND CERTAIN PRE-TRIAL DEADLINES

PDF created with pdfFactory trial version www.pdffactory.com

## RULE 7-131(e) CERTIFICATION

I, Aaron R. Gruber, hereby attest, pursuant to this Court's Rule 7-131(e), that each of the other counsel identified above have authorized the submission of this Stipulation and [Proposed] Order on that counsel's behalf.

Executed this 10th day of August, 2009, at Sacramento, California.

>           /s/  Aaron R. Gruber
> Aaron R. Gruber
> Attorney for Plaintiff CENTEX HOMES

## ORDER

The parties having so stipulated, and good cause appearing, the Court hereby revises its current Scheduling Conference Order (Document 49) to incorporate the revised deadlines set forth below:

| Event | Current deadline | Revised deadline |
| --- | --- | --- |
| Close of non-expert discovery | 7/17/09 | 11/6/09 |
| Expert disclosure | 7/22/99 | 11/20/09 |
| Supplemental expert disclosure | 8/5/09 | 12/04/09 |
| Close of expert discovery | 8/15/09 | 12/18/09 |
| Filing non-dispositive motion | 8/21/09 | 12/24/09 |
| Filing dispositive motion | 8/21/09 | 12/24/09 |
| Pre-trial conference date | 8/21/09 | 1/29/10 |
| Trial Date | 10/6/09 | 3/16/10 |

DATED:   8/20/2009            /s/ Sandra M. Snyder
Magistrate Judge of the United States District Court

PDF created with pdfFactory trial version www.pdffactory.com