**Shahab E. Fotouhi - No. 168301**
**Mark J. Divelbiss - No. 142084**
FOTOUHI • EPPS • HILLGER • GILROY PC
160 Pine Street, Suite 710
San Francisco, CA 94111
Tel: 415.362.9300
Fax: 415.358.5521

Attorneys for Defendant and Counter Claimant
FINANCIAL PACIFIC INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTEX HOMES ) | Case No. 1:07-CV-00568-AWI-SMS |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER** |
| ) | **ALLOWING COUNTER CLAIMANT** |
| vs. ) | **FINANCIAL PACIFIC INSURANCE** |
| ) | **COMPANY TO AMEND ITS** |
| FINANCIAL PACIFIC INSURANCE ) | **COUNTERCLAIM** |
| COMPANY, NICKY RODRIGUEZ ) | |
| CEMENT and NICKY RODRIGUEZ ) | |
| ) | Courtroom:   7 |
| Defendants. ) | |
| ) | Judge: Honorable Sandra M. Snyder |
| _____ ) | |
| ) | Trial Date:   March 16, 2010 |
| FINANCIAL PACIFIC INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| vs. ) | |
| ) | |
| GOLDEN EAGLE INSURANCE ) | |
| CORPORATION, ZURICH AMERICAN ) | |
| INSURANCE COMPANY ) | |
| ) | |
| Counter Defendants ) | |
| _____ ) | |

**TO THE COURT AND TO ALL PARTIES AND TO THEIR RESPECTIVE**

**ATTORNEYS OF RECORD:**

WHEREAS, the above-captioned parties, by and through their respective counsel, hereby submit this Stipulation and Order Allowing Counter Claimant, FINANCIAL PACIFIC INSURANCE COMPANY, to amend its Counter Claim as follows:

1      WHEREAS, Counter Claimant, FINANCIAL PACIFIC INSURANCE COMPANY,
2 filed and served its original Counter Claim in this action on June 27, 2007.

3      WHEREAS, Golden Eagle Insurance Corporation was voluntarily dismissed by Counter
4 Claimant, FINANCIAL PACIFIC INSURANCE COMPANY, on August 7, 2007.

5      WHEREAS, Counter Claimant, FINANCIAL PACIFIC INSURANCE COMPANY, has
6 only recently become aware that Zurich American Insurance Company did not issue any policies
7 of insurance to Defendants NICKY RODRIGUEZ and NICKY RODRIGUEZ CEMENT in the
8 subject litigation. Instead, such policies were issued by another member company of Zurich
9 North America which should now be named in the Counter Claim in place of Zurich American
10 Insurance Company.

11      WHEREAS, Assurance Company of America shall be named as a Counter Defendant.

12      WHEREAS, Counter Claimant, FINANCIAL PACIFIC INSURANCE COMPANY,
13 agrees to dismiss Zurich American Insurance Company from its Counter Claim without
14 prejudice.

15      WHEREAS, the parties wish to stipulate to the aforementioned amendments to the
16 Counter Claim in order to avoid the needless filing of a motion and incurring unnecessary costs
17 to their respective clients.

18      WHEREAS, the modification of such counterclaim is necessary in presenting the merits
19 of the case and no substantial prejudice will arise to any of the parties from allowing this
20 modification.

21
Dated:   August 27, 2009                    FOTOUHI • EPPS • HILLGER • GILROY PC
22

23                                           By:      /s/ Mark J. Divelbiss
                                               Mark J. Divelbiss
24                                               Attorneys for Defendant
                                              FINANCIAL PACIFIC INSURANCE
25                                               COMPANY

26 / / / / /

27 / / / / /

28

/ / / / /

Dated: August 27, 2009                HOWREY LLP

                                      By:     /s/ Aaron Gruber
                                              Aaron R. Gruber
                                              Attorneys for Plaintiff CENTEX HOMES


Dated: August 27, 2009                ANWYL SCOFFIELD & STEPP, LLP

                                      By:     /s/ Pamela Lewis
                                              Pamela Lewis
                                              Attorneys for Defendants NICKY
                                              RODRIGUEZ and NICKY RODRIGUEZ
                                              CEMENT

Dated: August 27, 2009                SINNOTT, DITO, MOURA & PUEBLA P.C.

                                      By:     /s/ Stephen R. Wong
                                              Stephen R. Wong
                                              Attorneys for Cross-Defendant ZURICH
                                              INSURANCE COMPANY

Dated: August 27, 2009                ARCHER NORRIS

                                      By:     /s/ W. Eric Blumhardt
                                              W. Eric Blumhardt
                                              Co-Counsel for FINANCIAL PACIFIC
                                              INSURANCE COMPANY

<u>RULE 7-131 (e) CERTIFICATION</u>

I, Mark J. Divelbiss, hereby attest, pursuant to this Court's Rule 7-131(e), that each of the other counsel identified above have authorized the submission of this Stipulation and [Proposed] Order on that counsel's behalf.

Executed this 28th day of August, 2009, at Oakland, California.


                                              /s/ Mark J. Divelbiss
                                              Mark J. Divelbiss, Esq.
                                              Attorneys for Defendant
                                              FINANCIAL PACIFIC INSURANCE COMPANY

## **ORDER**

The parties having so stipulated, and good cause appearing, the Court hereby grants leave for the Counter Claimant, FINANCIAL PACIFIC INSURANCE COMPANY, to file an amended counterclaim as set forth the in the above Stipulation.

IT IS SO ORDERED.

Dated:   September 1, 2009                             /s/ Sandra M. Snyder
                                              UNITED STATES MAGISTRATE JUDGE