1  **Shahab E. Fotouhi - No. 168301**
   **Mark J. Divelbiss - No. 142084**
2  FOTOUHI • EPPS • HILLGER • GILROY PC
   160 Pine Street, Suite 710
3  San Francisco, CA 94111
   Tel: 415.362.9300
4  Fax: 415.358.5521

5  Attorneys for Defendant and Counter Claimant
   FINANCIAL PACIFIC INSURANCE COMPANY

6

7

8                     UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA

10  CENTEX HOMES                          )  **Case No. 1:07-CV-00568-AWI-SMS**
                                          )
11          Plaintiff,                    )  **STIPULATION AND ORDER ALLOWING**
                                          )  **FINANCIAL PACIFIC INSURANCE**
12      vs.                               )  **COMPANY TO DISMISS ITS COUNTER**
                                          )  **CLAIMS AGAINST ZURICH AMERICAN**
13  FINANCIAL PACIFIC INSURANCE           )  **INSURANCE COMPANY**
    COMPANY, NICKY RODRIGUEZ CEMENT       )
14  and NICKY RODRIGUEZ                    )  Courtroom:   7
                                          )
15          Defendants.                   )  Judge:          Honorable Sandra
                                          )                  M. Snyder
16  _____   )
                                          )  Trial Date:     March 16, 2010
17                                        )
                                          )
18                                        )
    RELATED COUNTER-CLAIMS                )
19  _____

20

21      Pursuant to Rule 41(a)(ii) of the Federal Rules of Civil Procedure, Counter Claimant

22  Financial Pacific Insurance Company hereby requests the dismissal of its counter claims

23  against counter defendant Zurich American Insurance Company in this matter.  The request for

24  dismissal is made, pursuant to FRCP 41(a)(ii), with the stipulation of all parties, which is listed

25  below.

26                              **STIPULATION**

27      WHEREAS, Counter Claimant, Financial Pacific Insurance Company ("FPIC"),

28

1  submitted a Stipulation and Order to file an Amended Counter Claim, on August 31, 2009, in

2  the above-captioned action.

3       WHEREAS, the parties to that Stipulation and Order also stipulated that FPIC would

4  subsequently dismiss its claims against Counter Defendant Zurich American Insurance

5  Company once the Amended Counter Claim was filed.

6       WHEREAS, this Court issued an Order on September 2, 2009, granting Counter

7  Claimants leave to file an Amended Counter Claim, which was then filed on September 22,

8  2009.

9       WHEREAS, the above-captioned parties, by and through their respective counsel, join

10  now and hereby stipulate to the dismissal of all counter claims by Financial Pacific Insurance

11  Company against Zurich American Insurance Company as they relate to the subject action.

12
13  Dated: September 29, 2009         FOTOUHI • EPPS • HILLGER • GILROY PC

14
15  By:    /s/ Mark J. Divelbiss
        Mark J. Divelbiss
        Attorneys for Defendant
16          FINANCIAL PACIFIC INSURANCE
        COMPANY
17
18  Dated: September 29, 2009         HOWREY LLP

19
20  By:    /s/ Aaron R. Gruber
        Aaron R. Gruber
21          Attorneys for Plaintiff CENTEX HOMES

22
23  Dated: September 29, 2009         ANWYL SCOFFIELD & STEPP, LLP

24
25  By:    /s/ Pamela Lewis
        Pamela Lewis
        Attorneys for Defendant E&P CONCRETE
26          CONSTRUCTION, INC.

27

28

1    Dated: September 29, 2009            SINNOTT, DITO, MOURA & PUEBLA  P.C.

2

3                                        By:    /s/ Stephen R. Wong
                                                Stephen R. Wong
4                                               Attorneys for Cross-Defendants
                                                ZURICH AMERICAN INSURANCE
     COMPANY
5
                                                and ASSURANCE COMPANY OF
     AMERICA
6
     Dated: September 29, 2009            ARCHER NORRIS
7

8

9                                        By:    /s/ W. Eric Blumhardt
                                                W. Eric Blumhardt
                                                Co-Counsel for Financial Pacific Insurance
10                                              Company

11
                               RULE 7-131 (e) CERTIFICATION
12
           I, Mark J. Divelbiss, hereby attest, pursuant to this Court's Rule 7-131(e), that each of
13
     the other counsel identified above have authorized the submission of this Stipulated Motion and
14
     [Proposed] Order on that counsel's behalf.
15
           Executed this 29th day of September, 2009, at Oakland, California.
16
                                                /s/ Mark J. Divelbiss
17                                              Mark J. Divelbiss, Esq.
                                                Attorneys for Defendant
18                                              FINANCIAL PACIFIC INSURANCE COMPANY

19                                       **ORDER**

20         The parties having so stipulated, and good cause appearing, the Court hereby grants

21   leave for the counter Claimant, FINANCIAL PACIFIC INSURANCE COMPANY, to dismiss

22   counter-defendant Zurich American Insurance Company from the subject action.

23   Accordingly, Zurich American Insurance company is hereby dismissed from this subject

24   action.

25   IT IS SO ORDERED.

26   **Dated:    November 5, 2009            /s/ Anthony W. Ishii**
                                         CHIEF UNITED STATES DISTRICT JUDGE
27

28

     STIPULATION AND ORDER ALLOWING FPIC TO DISMISS ITS COUNTER CLAIMS AGAINST ZURICH AMERICAN INSURANCE COMPANY
     CENTEX HOMES v. FINANCIAL PACIFIC                                  Case No: 1:07-CV-00568-
                                                                       LJO-SMS