1  DAVEN G. LOWHURST (CA BAR #124723)
   Email: lowhurstd@howrey.com
2  AARON R. GRUBER (CA BAR #209509)
   Email: grubera@howrey.com
3  HOWREY LLP
   525 Market Street, Suite 3600
4  San Francisco, CA  94105-3606
   Tel.  415.848.4900
5  Fax  415.848.4999

6  Attorneys for Plaintiff
   CENTEX HOMES

7

8                    UNITED STATES DISTRICT COURT

9          EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

10

11 CENTEX HOMES,                          Case No.: 1:07-CV00568-AWI-SMS

12          Plaintiff,                     STIPULATION AND  ORDER TO EXTEND
                                           CERTAIN PRE-TRIAL DEADLINES AND
13          vs.                            TRIAL

14 FINANCIAL PACIFIC INSURANCE            Courtroom:  7
   COMPANY, NICKY RODRIGUEZ
15 CEMENT and NICKY RODRIGUEZ             Magistrate Judge:  Honorable Sandra M. Snyder

16          Defendants.                    Current Trial Date: March 16, 2010

17

18 RELATED CROSS-CLAIM

19

20          Pursuant to the telephonic conference among the parties and the Court on October 15,

21 2009, the parties to the action, through their respective counsel, hereby agree and stipulate as

22 follows, and request that the Court enter the following order approving the stipulation:

23          WHEREAS Case Nos. 1:07-CV000567, 1:07-CV000568, 1:07-CV000569, and 1:07-

24 CV000570, which are all in this Court and include this action, while not consolidated, are related to

25 some degree by virtue of Plaintiff and Defendant Financial Pacific Insurance Company being parties

26 to all four cases and Plaintiff having similar claims against the Defendants;

27

28

STIPULATION AND [PROPOSED] ORDER TO EXTEND CERTAIN PRE-TRIAL DEADLINES AND TRIAL
DM_US:22873898_1

PDF created with pdfFactory trial version www.pdffactory.com

1   WHEREAS certain discovery issues are common to each of the four cases, and the parties

2   seek extension of certain pre-trial deadlines applicable to all four case based on the following facts;

3   WHEREAS the cases involve claims concerning numerous underlying state court actions

4   for construction defects in which there were hundreds of underlying plaintiffs;

5   WHEREAS the parties are still diligently exchanging documentation, made more time

6   consuming because of difficulty in locating and producing certain documents relevant to their

7   claims and defenses;

8   WHEREAS the parties, by and through their respective counsel, are still working to resolve

9   issues related to document conversion, accessibility and production, as well as to informally resolve

10  various discovery disputes that have arisen;

11  WHEREAS the parties have previously requested extension of discovery deadlines but

12  realize they will be unable to complete discovery by the current discovery deadlines for the reasons

13  mentioned above;

14  WHEREAS, the parties have met and conferred on pre-trial deadlines and declare that this

15  stipulation has been entered into based on a good faith analysis of the time necessary to conclude

16  their discovery based on facts known to them at this time, and of the need to have non-expert

17  discovery completed prior to expert disclosures;

18  WHEREAS, the mediation, previously scheduled for September 1, 2009, has been

19  continued to December 15, 2009 due to trial conflicts of defense counsel and to allow parties to

20  complete discovery;

21  IT IS HEREBY STIPULATED by and among the parties to this action, through their

22  respective counsel below, that the following deadlines may be extended as set forth below:

| Event | Current deadline | Revised deadline |
| --- | --- | --- |

-2-

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| Close of non-expert discovery | 11/6/09 | 4/2/10 |
| Expert disclosure | 11/20/09 | 4/16/10 |
| Supplemental expert disclosure | 12/04/09 | 4/30/10 |
| Close of expert discovery | 12/18/09 | 5/21/10 |
| Filing dispositive motion | 12/24/09 | 5/28/10 |
| Filing non-dispositive motion (except re expert witness discovery) | 12/24/09 | 5/28/10 |
| Filing motion re expert witness discovery | 12/24/09 | 6/4/10 |
| Pre-trial conference date | 1/29/10 | 7/9/10 |
| Trial Date | 3/16/10 | 8/24/10 |

DATED:  October 28, 2009          HOWREY LLP

By    /s/ Daven G. Lowhurst
DAVEN G. LOWHURST
Attorneys for Plaintiff CENTEX HOMES

DATED:  October 28, 2009          FOTOUHI EPPS HILLGER GILROY LLP

By    /s/ Mark Divelbiss
MARK DIVELBISS
Attorneys for Defendant and Cross-Claimant
FINANCIAL PACIFIC INSURANCE COMPANY

DATED:  October 28, 2009          ANWYL SCOFFIELD & STEPP, LLP

By    /s/ Pamela Lewis
PAMELA LEWIS
Attorneys for Defendant NICKY RODRIGUEZ
CEMENT and NICKY RODRIGUEZ

DATED:  October 28, 2009          SINNOTT, DITO, MOURA & PUEBLA P.C.

By    /s/ Stephen Wong
STEPHEN WONG
Attorneys for Cross-Defendants
ASSURANCE COMPANY OF AMERICA and ZURICH
AMERICAN INSURANCE COMPANY

STIPULATION AND [PROPOSED] ORDER TO EXTEND CERTAIN PRE-TRIAL DEADLINES AND TRIAL

PDF created with pdfFactory trial version www.pdffactory.com

## RULE 7-131(e) CERTIFICATION

I, Aaron R. Gruber, hereby attest, pursuant to Rule 7-131(e), that each of the other counsel identified above have authorized the submission of this Stipulation and [Proposed] Order on that counsel's behalf.  Executed this 28th day of October, 2009, at San Francisco, California.

/s/  Daven G. Lowhurst
Daven G. Lowhurst
Attorney for Plaintiff CENTEX HOMES

## ORDER

The parties having so stipulated, and good cause appearing, the Court hereby revises its current Scheduling Conference Order to incorporate the revised deadlines set forth below:

| Event | Current deadline | Revised deadline |
| --- | --- | --- |
| Close of non-expert discovery | 11/6/09 | 4/2/10 |
| Expert disclosure | 11/20/09 | 4/16/10 |
| Supplemental expert disclosure | 12/04/09 | 4/30/10 |
| Close of expert discovery | 12/18/09 | 5/21/10 |
| Filing dispositive motion | 12/24/09 | 5/28/10 |
| Filing non-dispositive motion (except re expert witness discovery) | 12/24/09 | 5/28/10 |
| Filing motion re expert witness discovery | 12/24/09 | 6/4/10 |
| Pre-trial conference date | 1/29/10 | 7/9/10 at 8:30a.m. (AWI) |
| Trial Date | 3/16/10 | 8/24/10 at 8:30a.m. (AWI) |

**IT IS SO ORDERED.**

Dated:   __November 3, 2009__         ___/s/ Sandra M. Snyder__

**UNITED STATES MAGISTRATE JUDGE**

STIPULATION AND [PROPOSED] ORDER TO EXTEND CERTAIN PRE-TRIAL DEADLINES AND TRIAL

PDF created with pdfFactory trial version www.pdffactory.com