**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **CENTEX HOMES,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**FINANCIAL PACIFIC INSURANCE COMPANY, NICKY RODRIGUEZ CEMENT, and NICKY RODRIGUEZ,**<br><br>**Defendants.** | **CV F 07-00568 AWI SMS**<br><br>**ORDER ON REQUEST FOR CORRECTION OF TYPOGRAPHICAL ERRORS AND NOTICE OF AMENDMENT OF ORDER**<br><br>Doc. # 53 |

On December 16, 2009, the court filed a memorandum opinion and order (the "December 16 Order") granting in part and denying in part the motion of defendant Nicky Rodriguez Cement and Nicky Rodriguez (collectively, "Rodriguez") for summary judgment or summary adjudication. On December 24, 2009, the court received an *ex parte* request to correct certain typographical errors in the December 16 Order. Most significantly, the errors pointed out consisted of dates set forth at page 4, line 7, and at page 17, line 28 of the December 16 order that erroneously reflected the date ten years prior to the date of filing of the instant action. Rodriguez also requested the insertion of the word "alleged" at page 3, line 11 of the December 16 Order.

The court has reviewed the request and finds that the requested corrections are warranted. The request for correction is therefore GRANTED. An amended version of the

court's December 16 Order is filed herewith. The Clerk of the Court shall make the requested corrections to the list of firm names and attorney names.

IT IS SO ORDERED.

**Dated: January 7, 2010**

**/s/ Anthony W. Ishii**
CHIEF UNITED STATES DISTRICT JUDGE