DAVEN G. LOWHURST (CA BAR #124723)
Email: lowhurstd@howrey.com
AARON R. GRUBER (CA BAR #209509)
Email: grubera@howrey.com
**HOWREY LLP**
525 Market Street, Suite 3600
San Francisco, CA 94105-3606
Tel. 415.848.4900
Fax 415.848.4999

Attorneys for Plaintiff
CENTEX HOMES

FILED
APR 21 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
     DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| CENTEX HOMES,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>FINANCIAL PACIFIC INSURANCE COMPANY, NICKY RODRIGUEZ CEMENT and NICKY RODRIGUEZ,<br><br>　　　　　Defendants. | Case No. 1:07-CV-00568-AWI-SWS<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER OF DISMISSAL OF CLAIMS AND COUNTERCLAIMS WITH PREJUDICE** |

1  Plaintiff Centex Homes ("Centex"), Defendant Nicky Rodriguez Cement ("NRC"), Defendant
2  Nicky Rodriguez ("Rodriguez"), Defendant and Counter-Claimant Financial Pacific Insurance
3  Company ("FPIC"), and Counter-Defendant Assurance Company of America ("ACOA") (collectively
4  the "Parties") have settled this action and have agreed to dismiss the claims, counter-claims and cross-
5  claims in this action, pursuant to their Settlement Agreement and Release effective as of March 12,
6  2010 (the "Settlement Agreement"), and hereby submit this Stipulation of Dismissal.
7  Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Centex, NRC,
8  Rodriguez, FPIC and ACOA hereby stipulate to dismiss with prejudice all claims, counter-claims, and
9  cross-claims in this action, consistent with and subject to the terms of the Settlement Agreement, the
10 Parties to bear their own respective attorney's fees and costs herein.

11 IT IS SO STIPULATED.

12 DATED: April 16, 2010                HOWREY LLP

13                                      By  /s/ Aaron Gruber
14                                      AARON R. GRUBER
                                        Attorneys for Plaintiff CENTEX HOMES
15

16 DATED: April 16, 2010                FOTOUHI EPPS HILLGER GILROY LLP

17                                      By  /s/ Mark Divelbiss
                                        MARK DIVELBISS
18                                      Attorneys for Defendant and Counter-Claimant FINANCIAL
19                                      PACIFIC INSURANCE COMPANY

20 DATED: April 16, 2010                ARCHER NORRIS LLP

21                                      By  /s/ Sean White
                                        SEAN WHITE
22                                      Attorneys for Defendant and Counter-Claimant FINANCIAL
23                                      PACIFIC INSURANCE COMPANY

24
25 DATED: April 16, 2010                ANWYL SCOFFIELD & STEPP, LLP

26                                      By  /s/ Lindy Scoffield
                                        LINDY SCOFFIELD
27                                      Attorneys for Defendants NICKY RODRIGUEZ CEMENT
                                        and NICKY RODRIGUEZ
28
                                            -1-

HOWREY LLP

Case No. 07-cv-00568-AWI-SWS
STIPULATION AND [PROPOSED] ORDER OF DISMISSAL
WITH PREJUDICE

DM_US:23163798_1

DATED: April 16, 2010              SINNOTT, PUEBLA, CAMPAGNE & CURET, APLC

By   /s/ Stephen Wong
STEPHEN WONG
Attorneys for Counter-Defendant ASSURANCE COMPANY OF AMERICA

### RULE 7-131(e) CERTIFICATION

I, Aaron R. Gruber, hereby attest, pursuant to this Court's Rule 7-131(e), that each of the other counsel identified above have authorized the submission of this Stipulation and [Proposed] Order on that counsel's behalf.

Executed this 16th day of April 2010, at San Francisco, California.

/s/ Aaron R. Gruber
Aaron R. Gruber
Attorney for Plaintiff CENTEX HOMES

### ORDER ON STIPULATION

The Parties having so stipulated, and good cause appearing, the dismissals set forth above are **SO ORDERED**. The Clerk of the Court shall CLOSE THE CASE.

Dated: April 20, 2010

Judge of the United States District Court